

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00337-CV

| | | |
|---|---|---|
| KAMI MARTIN GAFFIN, Appellant | § | On Appeal from the 324th District Court |
| V. | § | of Tarrant County (324-340223-02) |
| | § | March 2, 2023 |
| WILLIAM KELLY PULS, Appellee | § | Memorandum Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We vacate the August 23, 2019 judgment, and we reinstate the May 17, 2019 order.

It is further ordered that appellee William Kelly Puls shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel